**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
                                    (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

IJKG Opco, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

Carepoint Health- Bayonne Medical Center

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

26-1442063
EIN

**5. Debtor's address**

**Principal place of business**

29 E 29th St
Number       Street

_____

Bayonne                NJ    07002
City                   State  ZIP Code

Hudson
County

**Mailing address, if different**

_____
Number       Street

_____
P.O. Box

_____  _____  _____
City                State  ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number       Street

_____

_____  _____  _____
City                State  ZIP Code

Official Form 205         Involuntary Petition Against a Non-Individual         page 1

Debtor _____    Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | https://carepointhealth.org/locations-directions/bayonne-medical-center/ |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:* <br> ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☐ None of the types of business listed. <br> ☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☐ No <br> ☒ Yes. Debtor ___Carepoint Health Systems, Inc.___  Relationship _____ <br>       District ___Delaware___  Date filed _____  Case number, if known_____ <br>                                     MM / DD / YYYY <br>       Debtor _____  Relationship _____ <br>       District _____  Date filed _____  Case number, if known_____ <br>                                     MM / DD / YYYY |

**Part 3: Report About the Case**

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:* <br> ☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. <br> ☒ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). <br> The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). <br><br> *At least one box must be checked*: <br> ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. <br> ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☐ No <br> ☒ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor _____
         Name

Case number (*if known*)_____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | 29 E 29 Street Holdings, LLC | Consent Judgment | $ _____ |
| | Bayonne Medical Center Opco, LLC | Loan & Sec. Agt. Nov. 4, 2022 | $ _____ |
| | Peter Wong, MD | Directors contract & PSA | $ 65,000 |
| | | Total of petitioners' claims | $ At least $65,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

29 E 29 Street Holdings, LLC
Name

55 Meadowlands Pkwy
Number    Street

Secaucus            NJ        07094
City                State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City        State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/3/24
             MM / DD / YYYY

✗  /s/ Dr. Nizar Kifaieh, President
_____
Signature of petitioner or representative, including representative's title

**Attorneys**

Scott D. Cousins
_____
Printed name

Lewis Brisbois Bisgaard & Smith LLP
_____
Firm name, if any

500 Delaware Ave. Suite 700
_____
Number    Street

Wilmington          DE       19801
City                State    ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗  /s/ Scott D. Cousins
_____
Signature of attorney

Date signed  11/3/24
             MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

Debtor _____        Case number (*if known*)_____
       Name

---

**Name and mailing address of petitioner**

Bayonne Medical Center Opco, LLC
Name

55 Meadowlands Pkwy
Number  Street

Secaucus     NJ     07094
City     State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/3/24
           MM / DD / YYYY

✖   /s/ Dr. Nizar Kifaieh, President
Signature of petitioner or representative, including representative's title

---

Scott D. Cousins
Printed name

Lewis Brisbois Bisgaard & Smith LLP
Firm name, if any

500 Delaware Ave Suite 700
Number  Street

Wilmington     DE     19801
City     State     ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✖   /s/ Scott D. Cousins
Signature of attorney

Date signed   11/3/24
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

Peter Wong, MD
Name

1 Journal Sq., 2d Fl
Number  Street

Jersey City     NJ     07306
City     State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City  State  ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✖ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

**Name and mailing address of petitioner**

Bayonne Medical Center Opco, LLC
Name

55 Meadowlands Pkwy
Number  Street

Secaucus      NJ    07094
City          State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City     State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City    State   ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

Peter Wong, MD
Name

1 Journal Sq., 2d Fl
Number  Street

Jersey City     NJ    07306
City           State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City     State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/27/2024
            MM / DD / YYYY

✗ *Peter Wong, MD* (signed)
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City    State   ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY