# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------ x
In re:                               : Chapter 11
                                     : Case No. 24-12551
IJKG Opco, LLC,                      :
                                     :
                                     :
                                     :
                    Debtor.          :
------------------------------------ x

## ANSWER OF IJKG OPCO LLC TO INVOLUNTARY PETITION

IJKG Opco LLC, debtor in the above captioned proceeding (the "Debtor"), hereby answers the involuntary petition filed in this case and represents as follows:

1. The Debtor is insolvent on a balance sheet basis and is generally not paying its debts as such debts become due.

2. The Debtor consents to the entry of an Order for relief in this case.

#124657419v1

| | |
|---|---|
| Dated: November 3, 2024 | **DILWORTH PAXSON LLP** |

/s/ Peter C. Hughes
Peter C. Hughes DE 4180
800 King Street, Suite 202
Wilmington, DE 19801
Telephone:	302-571-9800
Facsimile:	302-351-8735
Email:	phughes@dilworthlaw.com

        and

Peter C. Hughes DE 4180
1500 Market St., Suite 3500E
Philadelphia, PA 19102
Telephone:	(215) 575-7000
Facsimile:	(215) 754-4603
Email:	lmcmichael@dilworthlaw.com
Email:	phughes@dilworthlaw.com
*Proposed Counsel for the Debtor*